**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: CLAUSS, DAVID A | § Case No. 09-74332 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/30/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 07/20/2010          By: /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: CLAUSS, DAVID A                             § Case No. 09-74332
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.13 |
| *and approved disbursements of* | $ 8,019.62 |
| *leaving a balance on hand of* [1] | $ 5,980.51 |

Claims of secured creditors will be paid as follows:

*Claimant*                                         *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,551.97 | $ 87.83 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,138.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,931.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns/Citibank | $ 2,301.74 | $ 462.67 |
| 2 | PYOD LLC its successors and assigns/Citibank | $ 2,430.82 | $ 488.60 |
| 3 | PYOD LLC its successors and assigns/Citibank | $ 921.48 | $ 185.22 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 4,185.52 | $ 841.30 |
| 5 | American Express Centurion Bank | $ 3,622.94 | $ 728.22 |
| 6 | Chase Bank USA, N.A. | $ 558.88 | $ 112.34 |
| 7 | CAPITAL ONE BANK USA, N.A. | $ 1,729.10 | $ 347.56 |
| 8 | GE Money Bank dba AMERICAN EAGLE | $ 180.59 | $ 36.30 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH D. OLSEN
                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1                  Date Rcvd: Aug 06, 2010
Case: 09-74332                Form ID: pdf006             Total Noticed: 28

The following entities were noticed by first class mail on Aug 08, 2010.
 db           +David A Clauss,    534 Timber Drive,    Harvard, IL 60033-7820
 aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
 tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14533779     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect Inc.,     1851 S Alverno Rd,    Manitowoc, WI 54220)
14533780      +American Express,    PO Box 297812,    FT Lauderdale, FL 33329-7812
14803022       American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14952560       CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,     PO Box 71083,
                Charlotte, NC 28272-1083
14533781      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14839644       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14533778      +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
14533782      +Chase Toys R Us,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14533784      +Citi Cards CBSDNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
14533792      +Debra Brinson,    548 Timber Drive,    Harvard, IL 60033-7821
14533785       GEMB/Amer Eagle,    PO Box 103024,    Roswell, GA 30076
14533786      +HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
14533791      +Michael J Krol, DDS,    710 W Brink Street,    Harvard, IL 60033-2720
14533794      +Northern Illinois Gas,    Attn: Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
14802804      +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14795108      +PYOD LLC its successors and assigns/Citibank,     c/o Resurgent Capital Services,    PO Box 19008,
                Greenville, SC 29602-9008
14533787      +Sears/CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
14533783      +The Children's Place/Citibank,     PO Box 6497,   Sioux Falls, SD 57117-6497
14533788      +WFNNB/Justice,    4590 E Broad St,    Columbus, OH 43213-1301
14533789      +WFNNB/Pacific Sunwear,    4590 E Broad Street,    Columbus, OH 43213-1301
14533790      +WFNNB/Victorias Secret,    4590 E. Broad Street,    Columbus, OH 43213-1301
The following entities were noticed by electronic transmission on Aug 06, 2010.
 aty          +E-mail/Text: nstu1@aol.com                            Neal Gainsberg,    Staver & Gainsberg, P C,
                120 W Madison St,    Suite 520,    Chicago, IL 60602-4302
14533793      +E-mail/Text: legalcollections@comed.com                           Com Ed,
                Customer Care Center Building,     Attn: Revenue Management Dept.,    2100 Swift Drive,
                Oakbrook, IL 60523-1559
14701000       E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2010 01:58:49      GE Money Bank,
                c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
14962511      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2010 01:58:50      GE Money Bank dba AMERICAN EAGLE,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2010**               **Signature:**    *Joseph Speetjens*