# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CLAUSS, DAVID A § Case No. 09-74332
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $149,500.00          Assets Exempt: $12,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,718.56     Claims Discharged
                                                Without Payment: $12,728.86

Total Expenses of Administration: $4,301.18

3) Total gross receipts of $ 14,000.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,980.39 (see **Exhibit 2**), yielded net receipts of $8,019.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $516.35 | $516.35 | $516.35 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,220.30 | 4,220.30 | 4,220.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 80.88 | 80.88 | 80.88 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 15,931.07 | 15,931.07 | 3,202.21 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,748.60 | $20,748.60 | $8,019.74 |

    4) This case was originally filed under Chapter 7 on October 02, 2009. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2010     By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Parcel of Land:, Taylor County, Medford, WI, TOT | 1110-000 | 14,000.00 |
| Interest Income | 1270-000 | 0.13 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gowey Abstract & Title Escrow Account | balance of proceeds to Co-owner | 8500-002 | 5,980.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,980.39** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gowey Abstract & Title Escrow Account | 4110-000 | N/A | 321.00 | 321.00 | 321.00 |
| | Gowey Abstract & Title Escrow Account | 4700-000 | N/A | 191.35 | 191.35 | 191.35 |
| | Gowey Abstract & Title Escrow Account | 4110-000 | N/A | 4.00 | 4.00 | 4.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$516.35** | **$516.35** | **$516.35** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,551.97 | 1,551.97 | 1,551.97 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 87.83 | 87.83 | 87.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,138.50 | 1,138.50 | 1,138.50 |
| Gowey Abstract & Title Escrow Account | 3510-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Gowey Abstract & Title Escrow Account | 2820-000 | N/A | 42.00 | 42.00 | 42.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,220.30 | 4,220.30 | 4,220.30 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gowey Abstract & Title Escrow Account | 6820-000 | N/A | 80.88 | 80.88 | 80.88 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 80.88 | 80.88 | 80.88 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns/Citibank | 7100-000 | N/A | 2,301.74 | 2,301.74 | 462.67 |
| 2 | PYOD LLC its successors and assigns/Citibank | 7100-000 | N/A | 2,430.82 | 2,430.82 | 488.60 |
| 3 | PYOD LLC its successors and assigns/Citibank | 7100-000 | N/A | 921.48 | 921.48 | 185.22 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,185.52 | 4,185.52 | 841.30 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 3,622.94 | 3,622.94 | 728.22 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 558.88 | 558.88 | 112.34 |
| 7 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 1,729.10 | 1,729.10 | 347.56 |
| 8 | GE Money Bank dba AMERICAN EAGLE | 7100-000 | N/A | 180.59 | 180.59 | 36.30 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 15,931.07 | 15,931.07 | 3,202.21 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74332  
**Case Name:** CLAUSS, DAVID A  

**Period Ending:** 11/17/10

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/02/09 (f)  
**§341(a) Meeting Date:** 11/10/09  
**Claims Bar Date:** 02/11/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1007 Yellow Stone, Harvard, IL 60035<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 137,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Parcel of Land:, Taylor County, Medford, WI, TOT<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 12,000.00 | 6,000.00 | | 14,000.00 | FA |
| 3 | Castle Bank<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Harvard State Bank<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothes<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term Life<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA Edward Jones<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.13 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$161,500.00** | **$6,000.00** | | **$14,000.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74332  
**Case Name:** CLAUSS, DAVID A  

**Period Ending:** 11/17/10

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/02/09 (f)  
**§341(a) Meeting Date:** 11/10/09  
**Claims Bar Date:** 02/11/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   September 30, 2010        **Current Projected Date Of Final Report (TFR):**   June 30, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-74332 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | CLAUSS, DAVID A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-65 - Money Market Account |
| Taxpayer ID #: | **-***8393 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/17/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/17/10 | | Gowey Abstract & Title Escrow Account | Proceeds of sale of vacant lot | | 5,980.38 | | 5,980.38 |
| | {2} | | 14,000.00 | 1110-000 | | | 5,980.38 |
| | | | realtors commision   -1,400.00 | 3510-000 | | | 5,980.38 |
| | | | county taxes   -80.88 | 6820-000 | | | 5,980.38 |
| | | | title insurance   -321.00 | 4110-000 | | | 5,980.38 |
| | | | state tax   -42.00 | 2820-000 | | | 5,980.38 |
| | | | 09 property taxes   -191.35 | 4700-000 | | | 5,980.38 |
| | | | balance of proceeds to Co-owner   -5,980.39 | 8500-002 | | | 5,980.38 |
| | | | preparation of tax form   -4.00 | 4110-000 | | | 5,980.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.13 | | 5,980.51 |
| 06/30/10 | | To Account #9200******3066 | Prep. of Final Rpt. | 9999-000 | | 5,980.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,980.51 | 5,980.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,980.51 | |
| | | | Subtotal | | 5,980.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,980.51** | **$0.00** | |

{} Asset reference(s)                                                                                                 Printed: 11/17/2010 12:00 PM    V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74332  
**Case Name:** CLAUSS, DAVID A  

**Taxpayer ID #:** **-***8393  
**Period Ending:** 11/17/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/10 | | From Account #9200******3065 | Prep. of Final Rpt. | 9999-000 | 5,980.51 | | 5,980.51 |
| 10/11/10 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,551.97, Trustee Compensation; Reference: | 2100-000 | | 1,551.97 | 4,428.54 |
| 10/11/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $87.83, Trustee Expenses; Reference: | 2200-000 | | 87.83 | 4,340.71 |
| 10/11/10 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,138.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,138.50 | 3,202.21 |
| 10/11/10 | 104 | PYOD LLC its successors and assigns/Citibank | Dividend paid 20.10% on $2,301.74; Claim# 1; Filed: $2,301.74; Reference: | 7100-000 | | 462.67 | 2,739.54 |
| 10/11/10 | 105 | PYOD LLC its successors and assigns/Citibank | Dividend paid 20.10% on $2,430.82; Claim# 2; Filed: $2,430.82; Reference: | 7100-000 | | 488.60 | 2,250.94 |
| 10/11/10 | 106 | PYOD LLC its successors and assigns/Citibank | Dividend paid 20.10% on $921.48; Claim# 3; Filed: $921.48; Reference: | 7100-000 | | 185.22 | 2,065.72 |
| 10/11/10 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 20.10% on $4,185.52; Claim# 4; Filed: $4,185.52; Reference: | 7100-000 | | 841.30 | 1,224.42 |
| 10/11/10 | 108 | American Express Centurion Bank | Dividend paid 20.10% on $3,622.94; Claim# 5; Filed: $3,622.94; Reference: | 7100-000 | | 728.22 | 496.20 |
| 10/11/10 | 109 | Chase Bank USA, N.A. | Dividend paid 20.10% on $558.88; Claim# 6; Filed: $558.88; Reference: | 7100-000 | | 112.34 | 383.86 |
| 10/11/10 | 110 | CAPITAL ONE BANK USA, N.A. | Dividend paid 20.10% on $1,729.10; Claim# 7; Filed: $1,729.10; Reference: | 7100-000 | | 347.56 | 36.30 |
| 10/11/10 | 111 | GE Money Bank dba AMERICAN EAGLE | Dividend paid 20.10% on $180.59; Claim# 8; Filed: $180.59; Reference: | 7100-000 | | 36.30 | 0.00 |

|  |  |  | **ACCOUNT TOTALS** |  | 5,980.51 | 5,980.51 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 5,980.51 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 5,980.51 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$5,980.51** |  |

{} Asset reference(s)                                                                                                                     Printed: 11/17/2010 12:00 PM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74332  
**Case Name:** CLAUSS, DAVID A

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account

**Taxpayer ID #:** **-***8393  
**Period Ending:** 11/17/10

**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | | 5,980.51 |
| Plus Gross Adjustments : | | 8,019.62 |
| Less Other Noncompensable Items : | | 5,980.39 |
| Net Estate : | | $8,019.74 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******30-65 | 5,980.51 | 0.00 | 0.00 |
| Checking # 9200-******30-66 | 0.00 | 5,980.51 | 0.00 |
| | $5,980.51 | $5,980.51 | $0.00 |

{} Asset reference(s)

Printed: 11/17/2010 12:00 PM    V.12.54